120 FIFTH AVENUE CORPORATION v. THE J. L. MOTT IRON WORKS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MILL FACTORS CORPORATION v. ROYAL ROBES Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOS. PIPPITONE, INC., and Others v. PIPITONE SALES CORPORATION and Another.— Motion for a reargument and for a stay of entry of judgment denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ESTELLA CURE and RAYMOND CURE v. PATRICK McGOVERN, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BENJAMIN BENENSON v. NATIONAL SURETY COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted and question certified. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE WORTH CORPORATION v. THE METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWARD F. GLYNN v. THE CITY TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs; the time of the defendant in which to answer the complaint is extended until twenty days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL WIESENTHAL v. MILTON KRANE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GIOVANNI LONGIARU v. THE DOMESTIC ELECTRIC Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH J. ARNOLD, Respondent, v. CHARLES S. CLARK Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.